IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| MILLIE L. CRAIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-3323-CV-S-DW |
| | ) | |
| FAIRFIELD RESORTS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER OF DISMISSAL**

Before the Court is the Parties' Stipulation of Dismissal With Prejudice. (Doc. 9). Parties move the Court to dismiss this case with prejudice with each party to bear its own costs and attorney's fees. Pursuant to the Notice, the Court ORDERS that the above-captioned case be DISMISSED WITH PREJUDICE and each party shall bear its own costs and attorney's fees. See FED. R. CIV. P. 41. The clerk of the court shall mark this case as closed.

Date: January 26, 2007

/s/ DEAN WHIPPLE
Dean Whipple
United States District Court